# IN THE COURT OF APPEALS OF THE STATE OF IDAHO

## Docket No. 43421

| | |
|---|---|
| STATE OF IDAHO, | ) 2016 Unpublished Opinion No. 459 |
| | ) |
| Plaintiff-Respondent, | ) Filed: April 4, 2016 |
| | ) |
| v. | ) Stephen W. Kenyon, Clerk |
| | ) |
| RICHARD BRIAN BASSETT, | ) THIS IS AN UNPUBLISHED |
| | ) OPINION AND SHALL NOT |
| Defendant-Appellant. | ) BE CITED AS AUTHORITY |
| | ) |

Appeal from the District Court of the First Judicial District, State of Idaho, Kootenai County. Hon. Fred M. Gibler, District Judge.

Judgment of conviction and determinate three-year sentence for trafficking in heroin, <u>affirmed</u>.

Sara B. Thomas, State Appellate Public Defender; Sally J. Cooley, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Jessica M. Lorello, Deputy Attorney General, Boise, for respondent.

_____

Before GUTIERREZ, Judge; GRATTON, Judge;
and HUSKEY, Judge

_____

PER CURIAM

Richard Brian Bassett pled guilty to trafficking in heroin, Idaho Code § 37-2732B(a)(6). In exchange for his guilty plea, additional charges were dismissed. The district court imposed a determinate three-year sentence. Bassett appeals, contending that his sentence is excessive.

Sentencing is a matter for the trial court's discretion. Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and need not be repeated here. *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982). When reviewing

1

the length of a sentence, we consider the defendant's entire sentence. *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007). Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Bassett's judgment of conviction and sentence are affirmed.